DORSEY & WHITNEY LLP

Gabrielle Wirth
Millennium Building
Suite 600, 125 Bank Street
Missoula, MT 59802-4407
wirth.gabrielle@dorsey.com
Phone: 406-329-5589
Fax: 714-800-1499

Ben D. Kappelman
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
kappelman.ben@dorsey.com
Phone: 612-492-6744
Fax: 612-395-5451

*Attorneys for Defendants*

GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP

Rob Cameron
Nathan Bilyeu
33 S. Last Chance Gulch
PO Box 1715
Helena, MT 59624-1715
rtc@gsjw.com
nb@gsjw.com
Phone: 406-442-8560
Fax: 406-442-8783

THORELLI & ASSOCIATES

Nathaniel T. Cutler (*pro hac vice*)
70 West Madison Street, Suite 5750
Chicago, IL 60602
Nathaniel@thorelli.com
Phone: 312-357-0300
Fax: 312-357-0328

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

VERACOLOR, SA, a Panama company,

Plaintiff,

-vs-

VORA, INC., a Delaware corporation, and ROGER LANG, an individual,

Defendants.

No. 15-CV-20-BU-SEH

**STIPULATION FOR DISMISSAL**

The above-named parties appear and stipulate that this action shall be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this dismissal shall operate as an adjudication on the merits, and that all parties shall bear their own costs and attorney fees. The parties further stipulate that the Court shall retain jurisdiction to enforce the settlement contract between the parties, dated on or about October 26, 2015, underlying this dismissal.

DATED this 27th day of October, 2015.

DORSEY& WHITNEY LLP

*s/Ben D. Kappelman*
Gabrielle Wirth
wirth.gabrielle@dorsey.com
Suite 600, 125 Bank Street
Missoula, MT 59802-4407
Ben D. Kappelman
kappelman.ben@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

GOUGH, SHANAHAN, JOHNSON & WATERMAN, PLLP

*s/Nathan Bilyeu*
Rob Cameron
rtc@gsjw.com
Nathan Bilyeu
nb@gsjw.com
33 S. Last Chance Gulch
PO Box 1715
Helena, MT 59624-1715

THORELLI & ASSOCIATES
Nathaniel T. Cutler (*pro hac vice*)
Nathaniel@thorelli.com
70 West Madison St., Suite 5750
Chicago, IL 60602